IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN MARK RILEY,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4758

Opinion filed August 16, 2017.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

W. Alan Winter of the Winter Law Firm, Neptune Beach, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.